UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EDMUND CARUSO,

                Plaintiff,

     v.                                                      5:05-CV-851

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

OLINSKY, SHURTIFF LAW FIRM          HOWARD OLINSKY, ESQ.
300 S. State Street
5th Floor
Syracuse, NY 13202
Counsel for Plaintiff

HON. GLENN T. SUDDABY               WILLIAM H. PEASE, ESQ.
United States Attorney for the              Assistant United States Attorney
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261-7198
Counsel for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 21st day of April 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: May 6, 2008
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge